For the Eastern District of Pennsylvania

In re:                                              Chapter 13
WILLIAM   GLEASON

Debtor(s)

Bankruptcy No.
 0914567  ELF


            Notice of Motion, Response Deadline
                   And Hearing Date

William C. Miller, Trustee has filed a Trustee's motion to dismiss
with the court for the purpose of dismissing this Chapter 13
bankruptcy case for the reason(s) listed on the enclosed motion.

YOUR RIGHTS MAY BE AFFECTED.  You should read these papers
carefully and discuss them with your attorney, if you have one
in this bankruptcy case.  (If you do not have an attorney you
may wish to consult an attorney.)

1. If you do NOT want the court to grant the relief sought in the
   motion, then on or before,  10/29/09
    you or your attorney must do ALL of the following:

   If you mail your answer to the bankruptcy clerk's office for filing,
   you must mail it early enough so that it will be received on or
   before the date stated above; and

   (a)   file an answer explaining your position at:

              U.S. Bankruptcy Court
              900 Market St – Suite 400
              Philadelphia PA 19107

   (b)   mail a copy to the movant's attorney:

              William C. Miller, Esquire
              P.O. Box 40119
              Philadelphia PA 19106-0119
              Phone:  215-627-1377
              Fax:    215-627-6299

2.  If you or your attorney do not take the steps described in paragraphs
    1(a) and 1(b) above and attend the hearing, the court may enter an
    order granting the relief requested in the enclosed motion.

3.  A hearing on the motion is scheduled to be held before
    the  Hon. Eric L. Frank           on  12/01/09
    at  10:00 AM in  Courtroom # 1,
    U.S. Bankruptcy Court, 900 Market St – 2nd Floor, Phila. Pa. 19107

4.  You may contact the Bankruptcy Clerk's office at(215)408-2800 to
    find out whether the hearing has been canceled because no one filed
    an answer.                      Date:  10/14/09