*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: William Gleason

    Debtor(s)

Case No: 09−14567−mdc

Chapter: 13

___

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 5/20/10 at 09:30 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

77 − 54
Form 152

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Margaret              Page 1 of 2              Date Rcvd: Apr 13, 2010
Case: 09-14567                 Form ID: 152                Total Noticed: 50

The following entities were noticed by first class mail on Apr 15, 2010.
db        +William Gleason,   2947 South 17th Street,   Philadelphia, PA 19145-4813
smg        City of Philadelphia,   City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,
             1515 Arch Street 15th Floor,   Philadelphia, PA 19102-1595
smg        Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg       +U.S. Attorney Office,   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,
             Philadelphia, PA 19106-4404
cr        +National Penn Bank,   c/o Dominic A. DeCecco, Esquire,   Hartman Shurr,
             1100 Berkshire Blvd., Suite 301,   Wyomissing, PA 19610-1292
cr        +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
11715096   American Express,   P.O. BOX 1270,   Newark, NJ 07101-1270
11762479   American Express Bank, FSB,   POB 3001,   Malvern, PA 19355-0701
11764754   American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
11715097  +Anne Gleason,   2947 S. 17th St.,   Philadelphia, PA 19145-4813
11715099   Bank Of America,   P.O. Box 15710,   Wilmington, DE 19886-5710
11715098   Bank Of America,   P.O. Box 115019,   Wilmington, DE 19886-5019
11715100  +Basic Maintenance Supply,   P.O. Box 1102,   Cherry Hill, NJ 08034-0014
11715101  +Berks Credit And Collections, Inc.,   P.O. Box 329,   Temple, PA 19560-0329
11715102  +Botuch, Noel,   265 Hughes Road,   Gulph Mills, PA 19406-3711
11815642  +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
             NORCROSS, GA 30091-5155
11715104   Capital One,   P.O. Box 85015,   Richmond, VA 23285-5015
11715103   Capital One,   P.O. Box 71083,   Charlotte, NC 28272-1083
11750913   Chase Bank USA NA,   PO Box 15145,   Wilmington, DE 19850-5145
11715105  +Chase Card Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
11715106  +Citizen's Bank,   2 East Norriton Crossing,   5 West Germantown Pike,
             East Norriton, PA 19401-1513
11721430  +Citizens Bank,   480 Jefferson Blvd,   RJE 135,   Warwick RI 02886-1359
11715107  +Conicelli Honda/Nissan,   1200 Ridge Pike,   Conshohocken, PA 19428-1020
11715108  +Dannicole, LLC,   256 W. Johnson Highway,   Norristown, PA 19401-3031
11715111  +Dominic A. DeCecco, Esquire,   Hartmann Shurr,   P.O. Box 5828,   Wyomissing, PA 19610-5828
11715112   Equifax Credit Information Services, Inc,   P.O. Box 740256,   Atlanta, GA 30374-0256
11715113   Experian Information Systems,   Attn: Dispute Department,   P.O. Box 2002,
             Allen, TX 75013-2002
11715114   FIA Card Services,   Amtrust Bank,   P.O. Box 15710,   WIlmington, DE 19886-5153
11801042  +FIA Card Services NA aka Bank of America,   By PRA Receivables Management, LLC,   PO Box 12907,
             Norfolk VA 23541-0907
11725239  +GMAC,   P.O. Box 130424,   Roseville, MN 55113-0004
11715109  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department Of The Treasury,   Internal Revenue Service,
             P.O. Box 21126,   Philadelphia, PA 19114)
11715115  +Innovis Data Solutions,   250 E. Town St.,   Columbus, OH 43215-4631
11715116  +Jim Wynn Volvo,   2049 West Main Street,   Norristown, PA 19403-3003
11715117  +MacMillan Oil,   P.O. Box 90010,   1715 E. Tremont Street,   Allentown, PA 18109-1661
11715118  +National Penn Bank,   451 West Johnson Highway,   Norristown, PA 19401-1980
11888432  +National Penn Bank,   c/o Dominic A. DeCecco, Esquire,   Hartman Shurr,
             1100 Berkshire Blvd., Suite 301,   P.O. Box 5828,   Wyomissing, PA 19610-5828
11715119   Pennsylvania Department Of Revenue,   Department 280946,   Attn: Bankruptcy Division,
             Harrisburg, PA 17128-0946
11715120   Pep Boys,   P.O. Box 8500,   Philadelphia, PA 19178-0445
11863147  +Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541-1067
11807483  +Puget Sound Leasing,   a division of first Sound Bank,   5150 Village Park Dr.,   SE Suite 200,
             Bellevue, WA 98006-6652
11715121  +Puget Sound Leasing Company,   P.O. Box 1295,   Issaquah, WA 98027-0050
11793486  ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
            (address filed with court: Snap-on Credit LLC,   950 Technology Way, Suite 301,
             Libertyville, IL 60048)
11715122   Snap-On Credit,   P.O. Box 98850,   Chicago, IL 60693-8850
11715123  +Transtar,   3913 Nebraska Street,   Newportville, PA 19056-3333
11715124  +Transunion Corporation,   2 Baldwin Place,   P.O. Box 1000,   Chester, PA 19016-1000
11962934   eCAST Settlement Corporation,   POB 35480,   Newark, NJ 07193-5480
The following entities were noticed by electronic transmission on Apr 13, 2010.
11718156   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 14 2010 00:43:19
             AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA CARD SERVICES, NA/BANK OF AMERICA,   PO Box 248809,
             Oklahoma City, OK 73124-8809
11723383   E-mail/PDF: mrdiscen@discoverfinancial.com Apr 14 2010 00:44:07       Discover Bank,
             DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11715110   E-mail/PDF: mrdiscen@discoverfinancial.com Apr 14 2010 00:44:07       Discover Card,
             P.O. Box 71084,   Charlotte, NC 28272-1084
11780173   E-mail/PDF: BNCEmails@blinellc.com Apr 14 2010 00:42:46       Roundup Funding, LLC,   MS 550,
             PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*       ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
            (address filed with court: Snap-on Credit LLC,   950 Technology Way, Suite 301,
             Libertyville, IL 60048)
11888452* +Portfolio Recovery Associates LLC,   PO Box 41067,   Norfolk, VA 23541-1067
                                                                                   TOTALS: 0, * 2
```

```
District/off: 0313-2          User: Margaret           Page 2 of 2              Date Rcvd: Apr 13, 2010
Case: 09-14567                Form ID: 152             Total Noticed: 50

                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2010**                    **Signature:**    *Joseph Speetjens*