**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: William Gleason<br>xxx-xx-5990<br>Anne Gleason<br>xxx-xx-4504<br>2947 S. 17Th St.<br>Philadelphia, PA 19145<br><br>DEBTORS | : **CHAPTER 13**<br>:<br>: **CASE NO. 09-14567MDC**<br>:       **09-17455MDC**<br>:<br>: **JOINTLY ADMINISTERED**<br>:<br>: |

**CERTIFICATION OF NON-RESPONSE TO APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

    I, Michael W. Gallagher, Esquire, attorney for the Debtors, having previously certified the making of service of an Amended Application for Compensation and Reimbursement of Expenses and Notice thereof in the instant matter, and more than twenty-one days having elapsed from said date of service, do certify that, to the best of my knowledge, information and belief, neither answer or objection has been filed regarding same, and I have received neither response nor objection, written or verbal, regarding the Application, and therefore do pray this Honorable Court enter an Order, approving same.

Date: 11/12/10                    /s/ Michael W. Gallagher
                                                     628 Germantown Pike
                                                     Lafayette Hill, PA 19444
                                                     (610)940-4730
                                                     (610)365-7919 Fax
                                                     Attorney for Debtors

cc: William C. Miller, Esquire
    Standing Chapter 13 Trustee

    Office of the U.S. Trustee